DENNIS K. BURKE
United States Attorney
District of Arizona
ANN DEMARAIS
Assistant U.S. Attorney
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Attorneys for Plaintiff

CR10-0804 TUC FRZ/GEE

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | ) | **VICTIM** |
| --- | --- | --- |
| Plaintiff, | ) | **INDICTMENT** |
| vs. | ) | Violation: 18 USC § 111(a)(1) |
| Robert Leroy Stoddard, | ) | (Assault on a Federal Officer) |
| Defendant. | ) | |

THE GRAND JURY CHARGES:

That on or about March 25, 2010, at or near Tucson, in the District of Arizona, the defendant, Robert Leroy Stoddard, did intentionally and forcibly assault, resist, oppose, impede, intimidate and interfere with Federal Corrections Officer Mark Arandules, an officer of the United States or any agency thereof, to an extent not constituting simple assault, by spitting on his hands and crotch area, while Federal Corrections Officer Mark Arandules was engaged in the performance of his official duties, in violation of Title 18, United States Code, Section 111(a)(1).

A TRUE BILL

/s/ [redacted]
Presiding Juror

DENNIS K. BURKE
United States Attorney
District of Arizona

/s/
Assistant U.S. Attorney

REDACTED FOR PUBLIC DISCLOSURE