DENNIS K. BURKE
United States Attorney
District of Arizona
ANN DEMARAIS
Assistant U.S. Attorney
405 West Congress Street, Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
ann.demarais@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) | No. 10-00804-TUC-FRZ(GEE) |
| v. | ) | |
| | ) | NOTICE OF IMPEACHMENT WITH PRIOR FELONY CONVICTION PURSUANT TO RULE 609(a)(1) AND 609(b). |
| Robert Leroy Stoddard, | ) | |
| Defendant. | ) | |

Plaintiff, United States of America, by and through its attorneys, DENNIS K. BURKE, United States Attorney for the District of Arizona, and Ann DeMarais, Assistant U.S. Attorney, hereby gives notice pursuant to Federal Rules of Evidence 609(a)(1) and 609(b), that the government intends to impeach the defendant with his prior felony convictions as set forth herein:

(1) The defendant, Robert Leroy Stoddard, was convicted on or about July 6, 2004, in the Superior Court of the District of Columbia, Case No. F1172-04, a felony count of Attempted Distribution of Cocaine in violation of 33-541 (a)-(b). The defendant was sentenced on July 6, 2004 to 6 years incarceration followed by 5 years of supervised release.

//

(2) The defendant, Robert Leroy Stoddard, was convicted on or about July 28, 1997, in Prince George's County Court of Baltimore, Maryland, Case No. CT 970488X, a felony count of 3rd Degree Sex Offense. The defendant was sentenced on July 28, 1997 to 3 years incarceration.

Respectfully submitted this 19th day of July, 2010.

DENNIS K. BURKE<br>
United States Attorney<br>
District of Arizona<br>
<br>
*S/Ann DeMarais*<br>
<br>
Ann DeMarais<br>
Assistant U.S. Attorney

Copy of the foregoing served electronically or
by other means this 19th day of July, 2010.

Nathan Leonardo, Esq.
Attorney for the Defendant