1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

DENNIS K. BURKE
United States Attorney
District of Arizona
ANN DEMARAIS
Assistant U.S. Attorney
405 West Congress Street, Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
ann.demarais@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) | No. 10-00804-TUC-FRZ(GEE) |
| v. | ) | **AMENDED** NOTICE OF IMPEACHMENT WITH PRIOR FELONY CONVICTION PURSUANT TO RULE 609(a)(1) AND 609(b). |
| Robert Leroy Stoddard, | ) | |
| Defendant. | ) | |

Plaintiff, United States of America, by and through its attorneys, DENNIS K. BURKE, United States Attorney for the District of Arizona, and Ann DeMarais, Assistant U.S. Attorney,  hereby gives notice pursuant to Federal Rules of Evidence 609(a)(1) and 609(b), that the government intends to impeach the defendant with his prior felony convictions as set forth herein:

(1)  The defendant, Robert Leroy Stoddard, was convicted on or about July 6, 2004, in the Superior Court of the District of Columbia, Case No. F1172-04, a felony count of Attempted Distribution of Cocaine in  violation of 33-541 (a)-(b).  The defendant was sentenced on July 6, 2004 to 6 years incarceration followed by 5 years of supervised release.

//

//

1
2
3
4

   (2)  The defendant, Robert Leroy Stoddard, was convicted on or about July 28, 1997, in Prince George's County Court of Baltimore, Maryland, Case No. CT 970488X, a felony count of 3rd Degree Sex Offense.  The defendant was sentenced on July 28, 1997 to 3 years incarceration.

5
6
7
8
9

   (3)  The defendant, Robert Leroy Stoddard, was convicted on or about December 4, 2009, in the United States District Court, Tucson, Arizona, Case No. CR 09-0918-TUC-CKJ, a felony count of Assault of a Federal Officer.  The defendant was sentenced on March 19, 2010 to 24 months incarceration to run consecutively to sentence he was already serving .

10

   Respectfully submitted this 10th day of August, 2010.

11
12

                                        DENNIS K. BURKE
                                        United States Attorney
                                        District of Arizona

13

                                        *S/Ann DeMarais*

14

                                        Ann DeMarias
                                        Assistant U.S. Attorney

15
16

Copy of the foregoing served electronically or
by other means this 10th day of August, 2010.

17

Nathan Leonardo, Esq.
Attorney for the Defendant

18
19
20
21
22
23
24
25
26