IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

**Tucson**

**CRIMINAL MINUTES**

CR 10-00804-001-TUC-FRZ(GEE)                                       Date: 9/1/2010
Case Number

Hon. FRANK R. ZAPATA, Senior United States District Judge

USA v. ROBERT LEROY STODDARD

DEFENDANT: ☒ Present ☐ Not Present   ☐ Released ☒ Custody ☐ Writ
Deputy Clerk: Michelle Mejia   Court Reporter/ECR: Dianne Davenport

U. S. Atty: Ann DeMarais        Interpreter: N/A
Defendant Atty: Nathan Leonardo, (Appointed)

**PROCEEDINGS:**   ☒ JURY TRIAL   ☐ COURT TRIAL
☒ Jury/Court trial held, 2ND    day   ☐ File waiver of jury trial
☐ Case continued to_____ for further trial/deliberations
☒ MOTIONS: Defendant's Oral motion for Judgment of Acquittal - **DENIED.**
☒ Jury retires to deliberate at  2:30 pm
☒ Jury **RETURNS WITH NO VERDICT(s) at**  4:35 pm              Court find
_____ GUILTY as to Count(s)_____
_____ NOT GUILTY as to Count(s)_____
_____ TAKEN UNDER ADVISEMENT

☒ **ORDER HUNG JURY declared**
☒ Jury polled    ☐ Jury not polled/waived
☐ Continued for sentencing to:_____
☐ ORDER defendant to remain released pending sentence / REMANDED to Marshal

☒  Opening instructions to the jurors. Opening statements by Counsel are presented. Government case. Witnesses are sworn under rule and examined. Government Rests. Defense case presented. Witness sworn and examined. Defense rests. Government rebuttal witnesses examined. Government rests. (See separate list). Exhibits marked and admitted. ( See separate list). Jury Instructions reviewed and changes made. Final Jury instructions given to jury. Alternate excused. Jury Deliberates. Jury Note # filed. Jury Hung. **Court will file separate order resetting further hearings and trial in this case.**

                                            Jury Trial     5 hours and 45 minutes