DENNIS K. BURKE
United States Attorney
District of Arizona
ANN DeMARAIS
Assistant United States Attorney
United States Courthouse
405 W. Congress, Suite 4800
Tucson, Arizona 85701
Telephone: (520) 620-7300
Email: ann.demarais@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | |
| Plaintiff, | **CR 10-00804-TUC-FRZ (GEE)** |
| v. | **MOTION TO DISMISS INDICTMENT AGAINST DEFENDANT** |
| Robert Leroy Stoddard, | |
| Defendant. | |

The government, by and through its attorneys, Dennis K. Burke, United States Attorney for the District of Arizona, and Ann DeMarais, Assistant U.S. Attorney, in the interest of justice, moves to dismiss the indictment against defendant, Robert Leroy Stoddard, in this matter, without prejudice. Counsel for the government has conferred with Nathan Leonardo, attorney for the defendant, and there is no objection to this motion.

//

//

Respectfully submitted this 10th day of September, 2010.

DENNIS K. BURKE
United States Attorney
District of Arizona

*S/Ann DeMarais*

ANN DeMARAIS
Assistant U.S. Attorney

Copy of the foregoing has been served electronically or by other means this 10th day of September, 2010, to:

Nathan Leonardo, Esq.