## UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA



*Original*

**EXHIBIT LIST FOR TRIAL**

UNITED STATES OF AMERICA
PLAINTIFF

V.

Robert Leroy Stoddard,
DEFENDANT

CASE NUMBER: 10-00804-TUC-FRZ (GEE)

| PRESIDING JUDGE | COURTROOM DEPUTY | COURT REPORTER |
|---|---|---|
| Honorable Frank R. Zapata | Michele Mesis | Dianne Davenport |
| HEARING/TRIAL DATE(S) | PLAINTIFF ATTORNEY(S) | DEFENDANT ATTORNEY(S) |
| August 24, 2010 | Ann DeMarais, AUSA | Nathan D. Leonardo, Esq. |

| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBITS |
|---|---|---|---|
| 1. | | 9-1-10 | Photo of Saliva |
| 2. | | 9-1-10 | Photo of Hallway, Special Housing Unit |
| 3. | | 9-1-10 | Photo of Cell #147, Cell Door |
| 4. | | 9-1-10 | Photo of Cell #158, Cell Door with food trap extension |
| 5. | | 9-1-10 | Photo of Cell Door with Open Food Slot |
| 6. | | Demostrative | Trap Extension |
| | | | |
| | | | |
| | | | |
| 10. | | 9-1-10 | MEMO FROM OFC. LOPEZ |
| 11. | | 9-1-10 | MEMO FROM OFC. ACOSTA |
| 12. | | | MEMO FROM OFC. O'DONNELL |
| 13. | | | REPORT FROM OFC. ARANDULES |