# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 10-00804-FRZ-GEE |
| Plaintiff(s), | ORDER |
| vs. | |
| Robert Leroy Stoddard, | |
| Defendant(s). | |

Upon Government's Motion to Dismiss Indictment Against Defendant (Doc. 28) and good cause appearing,

IT IS ORDERED that the Indictment against Defendant, Robert Leroy Stoddard, in the instant case, is DISMISSED without prejudice.

DATED this 14th day of September, 2010.

_____
Frank R. Zapata
Senior United States District Judge

CNSL (Leonardo)
AUSA (DeMarais)